

| Lucien Adam | **CENTRAL VIOLATIONS BUREAU** | Ted Willmann |
|---|---|---|
| Division Chief | P.O. Box 780549 | Branch Chief |
| | San Antonio, TX 78278 | (800) 827-2982 |
| | | FAX: (210) 301-6401 |

The following has been received at the Central Violations Bureau and is being forwarded to your court for further action. If you have any further questions, please call (800) 827-2982, ext.

**District:** CALIFORNIA EASTERN

**Location Code:** CA28

**ECF Case Number:** 1:25-PO-00018-SAB
**Citation Number(s):** E1926111

| | | |
|---|---|---|
| __FRES__ | **Hearing Site** | The location where the citation is scheduled. |
| 01/16/2025 | **Ticket/Docket Date** | The date the citation is scheduled for court. |
| _____ | **Protest** | The defendant is requesting a court date to protest the citation. |
| _____ | **Correspondence** | The defendant is providing correspondence for the court to consider regarding the citation. |
| _____ | **Miscellaneous** | See Remarks Section |

**Remarks:**

Agency request for void of citation(s).

Upon review, it was determined that no accident occurred, and there was no damage to any vehicle involved in the incident. As a result, the circumstances do not meet the criteria for careless driving under applicable regulations. ECF Case Number: 1:25-PO-00018-SAB  The action on this case (e.g. dismissal) should be processed in CM/ECF.  Please use the CVB Events or CVB Disposition Docket.

| | | | |
|---|---|---|---|
| _____ | Refund Approved | /s/ JERMAINE CARSON | 01/06/2025 |
| ✔ | Void/Dismissal Approved | | Date |

Further action to be taken by CVB or Agency, please specify: _____

Ordered this ____ Day of **Jan 8, 2025** 20 ____

U.S. Magistrate Judge       Judge Code

A TRADITION OF SERVICE TO THE FEDERAL JUDICIARY